IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THE UNITED STATES OF AMERICA, ex rel.
CHARMAINE MOSBY

                PLAINTIFF

VS.                                       CIVIL ACTION NO. 5:99CV21BRS

NATCHEZ REGIONAL MEDICAL CENTER,
QUORUM HEALTH RESOURCES, INC.,
QUORUM HEALTH GROUP, INC., KAREN
FIDUCIA, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS ADMINISTRATOR       Judge David C. Bramlette, III
OF NATCHEZ REGIONAL MEDICAL
CENTER AND AN EMPLOYEE OF QUORUM      Magistrate Judge John M. Roper
HEALTH RESOURCES, INC., AND DAVID
CRONIC, INDIVIDUALLY AND IN HIS            SEALED FILING
OFFICIAL CAPACITY AS ASSISTANT
ADMINISTRATOR OF FINANCE AT
NATCHEZ REGIONAL MEDICAL CENTER
AND AS AN EMPLOYEE OF QUORUM
HEALTH RESOURCES, INC.

                DEFENDANTS.

## ORDER

This matter having come before the Court on Defendant Quorum Health Group, Inc.'s Motion to Unseal the Record and the Court being fully advised in the matter, and finding that there is good cause to grant the requested relief,

IT HEREBY IS ORDERED that, the United States of America having declined to intervene in this matter, and Defendant Quorum Health Group, Inc.'s Motion to Unseal the Record having been unopposed, Defendant Quorum Health Group, Inc.'s Motion to Unseal the Record is GRANTED; and

IT IS FURTHER ORDERED that the Clerk of the Court shall unseal all contents of the record in this action.

DONE and ORDERED this 16th day of January, 2008.

_____
United States District Judge

WAI-2855889v1