IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THE UNITED STATES OF AMERICA, ex rel.
CHARMAINE MOSBY

                        PLAINTIFF

VS.                                            CIVIL ACTION NO. 5:99CV21BRS

NATCHEZ REGIONAL MEDICAL CENTER,
QUORUM HEALTH RESOURCES, INC.,
QUORUM HEALTH GROUP, INC., KAREN
FIDUCIA, INDIVIDUALLY AND IN HER
OFFICIAL CAPACITY AS ADMINISTRATOR      Judge David C. Bramlette, III
OF NATCHEZ REGIONAL MEDICAL
CENTER AND AN EMPLOYEE OF QUORUM     Magistrate Judge John M. Roper
HEALTH RESOURCES, INC., AND DAVID
CRONIC, INDIVIDUALLY AND IN HIS            SEALED FILING
OFFICIAL CAPACITY AS ASSISTANT
ADMINISTRATOR OF FINANCE AT
NATCHEZ REGIONAL MEDICAL CENTER
AND AS AN EMPLOYEE OF QUORUM
HEALTH RESOURCES, INC.

                       DEFENDANTS.

## ORDER

This matter having come before the Court on the Joint Stipulation of Dismissal filed by Plaintiff Charmaine Mosby and Defendants Natchez Regional Medical Center and Quorum Health Group, Inc., and the United States of America having formally declined to intervene in this matter by formal letter of November 25, 2003 filed herein, and now the Court being fully advised in the matter, and finding that there is good cause to grant the requested relief,

IT HEREBY IS ORDERED that, the parties having executed a Joint Stipulation of Dismissal in this matter, the Court finds that it is fair, adequate, and reasonable, and accordingly, the Court consents to the Joint Stipulation of Dismissal pursuant to 31 U.S.C. § 3730(b)(1); and

IT IS FURTHER ORDERED that, consistent with the terms of the above-referenced Joint Stipulation of Dismissal, the First Amended Complaint is hereby dismissed with prejudice; and

IT IS FURTHER ORDERED, as set forth in the Joint Stipulation of Dismissal, that each party shall bear its own costs.

DONE and ORDERED this 16th day of January, 2008.

_____
United States District Judge